# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968     (800) 730-4343 ext 15
E-Mail: ggriffith@apl-inc.com     (405) 340-4900 ext 15

October 11, 2010

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
MIDDLE DISTRICT OF FLORIDA
Attn: Gail S. Baker
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

FILED
JACKSONVILLE, FLORIDA
OCT 18 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: MIDDLE DISTRICT OF FLORIDA APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Baker:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 3:05-bk-13703-JAF |
| Debtor: | Timothy Brian Lizotte |
| Creditor/Claimant: | GE Corporation Financial |
| Amount: | $1,071.00 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

IN RE: ) Case No. 3:05-bk-13703-JAF
Timothy Brian Lizotte, )
    DEBTOR )

FILED
JACKSONVILLE, FLORIDA

OCT 1 5 2010

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO
CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C.
SECTIONS 2041 ET. SEQ.

GE Corporation Financial (the "Claimant") a claimant in the captioned case whose address is GE Global Business Services, 4211 Metro Parkway, Ft. Myers, FL 33916 respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,071.00. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

GE Corporation Financial
FID#/SSN: 14-0689340

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 3:05-bk-13703-JAF |
| Timothy Brian Lizotte, | ) |
| | ) |
| DEBTOR | ) |

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on _October 11_, 20_10_ the US Attorney was advised via the US Postal Service at the address below, of the intent of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of GE Corporation Financial.

> United States Attorney
> Attn: Civil Process Clerk
> 400 N. Tampa Street, Suite 3200
> Tampa, FL  33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this __11__ day of _October_ 20_10_.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752  Expires 04/27/11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

| | |
|---|---|
| IN RE:<br>Timothy Brian Lizotte,<br><br>                    DEBTOR | )   Case No. 3:05-bk-13703-JAF<br>)<br>)<br>) |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of GE Corporation Financial (FID#/SSN 14-0689340) , (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $1,071.00) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

Dated this ___ day of _____, _____.


_____
United States Bankruptcy Judge

Copies to:

GE Corporation Financial c/o Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK  73013

Susan Magaditsch, Financial Administrator, U.S. Bankruptcy Court, 801 N. Florida Avenue, Tampa, FL  33602-3899

## Limited Power of Attorney
### For Recovery of Funds

I, Francisco Gonzalez, do hereby appoint **Greg Griffith** of **American Property Locators, Inc. (APL)**, exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **GE Corporation Financial.** in the amount of **$1,071.00** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc**. may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of General Electric Co. % Francisco Gonzalez unless directed otherwise.

This letter of authorization shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc**. prior to the time of such expiration.

Signed this 19 day of Sept, in the year 2010.    **Corporate Seal**

General Electric Company

By:(Name, Title) _____ Finance Analyst, GE-CBSI, GBS

State of    **Florida**

County of   **Lee**

Acknowledged by me on this 19 day of Sept, 2010,

**Francisco Gonzalez, Finance Analyst, /GE-CBSI, GSO**    to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _Lori Lamaritata_
Notary Public

(Notary Seal) My Commission expires: 7/2/2012



LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters



Mark J. Krakowiak
Vice President &
Chief Risk Officer - GE

GE
3135 Easton Turnpike
W2G
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## Statement of Authority

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Internal Audit Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

*[signature]*

Mark J. Krakowiak
Vice President and Chief Risk Officer
3135 Easton Turnpike- W2G
Fairfield, CT. 06828
203-373-2088

Subscribed and sworn to me this __2__ day of __March__, 2010.
My Commission Expires __1|31|2011__

ANDREW A. LILEIKA
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2011





**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA