[3602] [ O/r Approving Chapter 13 Trustee's Report Discharging Trustee, Cancelling Bond &Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:    Case No. 3:05−bk−13703−JAF
    Chapter 13

Timothy Brian Lizotte
aka Timothy B. Lizotte

_____Debtor(s)_____/

ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT DISCHARGING TRUSTEE, CANCELLING BOND AND CLOSING ESTATE

It appearing to the Court that the Trustee has completed all disbursements due under the Plan, and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate, it is hereby

ORDERED:

1. The report of the Trustee in this Chapter 13 case is approved.

2. The Trustee is discharged and relieved of his trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated November 19, 2010 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee

United States Trustee