[31623] [Order Denying Motion for Release of Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-13703-JAF
Chapter 13

Timothy Brian Lizotte
aka Timothy B. Lizotte

_____Debtor(s)_____/

### ORDER DENYING MOTION FOR RELEASE OF UNCLAIMED FUNDS

This case came on for consideration upon the Motion filed by GE Corporation Financial, a creditor in the above captioned case on October 15, 2010, for release of funds deposited with the United States Treasury as unclaimed dividends. The Court having reviewed the record finds that the motion fails to fulfill the requirements of 28 U.S.C section 2041 and the financial guidelines for the United States Bankrutpcy Court, Middle District of Florida.

Accordingly, it is

ORDERED:

The Motion for Release of Unclaimed Funds filed by claimant, GE Corporation Financial and the same hereby is denied without prejudice.

Dated December 7, 2010.

_____
JERRY A. FUNK
United States Bankruptcy Judge

The motion is denied for the following reason(s):

A personal representative of the claimant must file an original Power of Attorney with the motion. In the case of a corporation, a corporate power of attorney which is signed by an officer of the corporation, with a corporate seal and a statement of the signing officer's authority, as well as documents which establish the chain of ownership of the original corporate claimant.

Copies furnished to:
Greg Griffith, American Property Locators Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013